**Richard BARBER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 66826.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1995.

Application to Transfer Denied
Sept. 19, 1995.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and
GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Richard Barber, appeals from an order entered in the Circuit Court of the County of St. Louis denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of circuit court are not clearly erroneous. As we further find an extended

opinion would have no precedential value, we affirm the circuit court's order pursuant to Rule 84.16(b).